**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: NIKKI POOSHS, | No. 08-73153 |
| | D.C. No. 3:04-cv-01221-PJH |
| NIKKI POOSHS, | |
| Petitioner, | |
| v. | MEMORANDUM* |
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO, | |
| Respondent, | |
| PHILLIP MORRIS USA, INC.; PHILIP MORRIS COMPANIES, INC.; R.J. REYNOLDS TOBACCO HOLDINGS, INC.; R.J. REYNOLDS TOBACCO COMPANY; NABISCO GROUP HOLDINGS CORP.; NABISCO INC.; BROWN AND WILLIAMSON TOBACCO CORPORATION, individually and as successor by merger to The American Tobacco Company and its predecessors in interest; BRITISH AMERICAN TOBACCO COMPANY PLC; LORILLARD TOBACCO COMPANY; LORILLARD INC.; LIGGETT GROUP INCORPORATED; | |

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

LIGGETT & MYERS INC.; LIGGETT
AND MYERS TOBACCO COMPANY;
VECTOR GROUP LTD.; HILL &
KNOWLTON INC; TOBACCO
INSTITUTE, INC.; COUNCIL FOR
TOBACCO RESEARCH USA
INCORPORATED; DNA PLANT
TECHNOLOGY, CORPORATION;
SAFEWAY INC.,

Real Parties in Interest.

Appeal from the United States District Court
Northern District of California
Phyllis J. Hamilton, District Judge, Presiding

Argued and Submitted December 12, 2008
San Francisco, California

Before: B. FLETCHER and McKEOWN, Circuit Judges, and HART, District
Judge.[**]

The Petition for Writ of Mandamus is DENIED.

---

[**] The Honorable William T. Hart, Senior District Judge for the Northern District of Illinois, sitting by designation.

08-73153